UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| HOPE MARIAN REDINGER,<br><br>        Plaintiff,<br><br>- against -<br><br>MAGIC CITY ORGANICS, LLC<br><br>        Defendant. | Docket No. 2:20-cv-204<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Hope Marian Redinger ("Redinger" or "Plaintiff") by and through her undersigned counsel, as and for her Complaint against Defendant Magic City Organics, LLC ("Magic City" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of a cannabis portrait, owned and registered by Redinger. Accordingly, Redinger seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in Alabama.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Redinger has a usual place of business at 37 Joslyn Road, Winchendon, MA 01475.

6.      Upon information and belief, Magic City is a domestic limited liability company duly organized and existing under the laws of the State of Alabama with a place of business at 2829 2nd Avenue South, Suite 220, Birmingham, AL 35233. Upon information and belief, Magic City is registered with the Alabama State Department of Corporations. At all times material hereto, Magic City has operated their Instagram page the URL: www.Instagram.com/MagicCityOrganics (the "Website").

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Photograph**

7.      Redinger took a cannabis portrait (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.      Redinger is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9.      The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 2-128-526.

**B.      Defendant's Infringing Activities**

10.     Magic City ran the Photograph on the Website to promote its business. See: https://www.instagram.com/p/BnNXl91H76F/. A screenshot of the Photograph on the Website is attached hereto as Exhibit B.

11.     Magic City did not license the Photograph from Plaintiff for its Website, nor did Magic City have Plaintiff's permission or consent to publish the Photograph on its Website.

### CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

12.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13.     Magic City infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Magic City is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15.     Upon information and belief, the foregoing acts of infringement by Magic City have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16.     As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.     That Defendant Magic City be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded punitive damages for copyright infringement;

5. That Plaintiff be awarded attorney's fees and costs;

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
April 2, 2020

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Hope Marian Redinger*