UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| HOPE MARIAN REDINGER,<br><br>        Plaintiff,<br><br>- against -<br><br>MAGIC CITY ORGANICS, LLC<br><br>        Defendant. | Docket No. 2:20-cv-204-MU |

**RESPONSE TO ORDER**

Plaintiff respectfully requests that this case be transferred to the Southern Division of the Northern District of Alabama. The Court's consideration is much appreciated.

              /s/Richard Liebowitz
              Richard Liebowitz

              *Counsel for Plaintiff*