# U.S. District Court
## SOUTHERN DISTRICT OF ALABAMA (Selma)
## CIVIL DOCKET FOR CASE #: 2:20−cv−00204−MU

| | |
|---|---|
| Redinger v. Magic City Organics, LLC | Date Filed: 04/02/2020 |
| Assigned to: Magistrate Judge P. Bradley Murray | Date Terminated: 04/23/2020 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Hope Marian Redinger** | represented by | **Richard Liebowitz** |
| | | Liebowitz Law Firm, PLLC |
| | | 11 Sunrise Plaza, Suite 305 |
| | | Valley Stream, NY 11580 |
| | | 516−233−1660 |
| | | Email: rl@liebowitzlawfirm.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: Unknown* |

V.

**Defendant**

**Magic City Organics, LLC**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/02/2020 | 1 | COMPLAINT against Magic City Organics, LLC ( Filing fee $400 receipt number AALSDC−2596618, Online Credit Card Payment), filed by Hope Marian Redinger. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Summons, # 4 Civil Cover Sheet) (Liebowitz, Richard) (Entered: 04/02/2020) |
| 04/06/2020 | 2 | Notice of Assignment to Magistrate Judge P. Bradley Murray for trial. (eec) (Entered: 04/06/2020) |
| 04/06/2020 | 3 | Summons Issued as to Magic City Organics, LLC. Note to Counsel: The Summons have been issued. Please print copies necessary for service. (eec) (Entered: 04/06/2020) |
| 04/08/2020 | 4 | Order re: 1 Complaint, filed by Hope Marian Redinger. Based on the contents of the Complaint, it appears to the Court that venue has been improperly laid in the Northern Division of the Southern District of Alabama. Accordingly, Plaintiff is ORDERED to advise this Court, not later than April 22, 2020, why this action should not be dismissed or, in the alternative, transferred to the Southern Division of the Northern District of Alabama. ( Miscellaneous deadline set for 4/22/2020). Signed by Magistrate Judge P. Bradley Murray on 4/7/2020. (eec) (Entered: 04/08/2020) |
| 04/22/2020 | 5 | RESPONSE TO ORDER re: 4 Order,,, Set Deadlines,, by Hope Marian Redinger filed by Hope Marian Redinger. (Liebowitz, Richard) (Entered: 04/22/2020) |

| 04/23/2020 | Ï 6 | Order re: 5 Response to Order filed by Hope Marian Redinger. It is ORDERED that this action be TRANSFERRED to the Southern Division of the Northern District of Alabama, in accordance with 28 U.S.C. § 1404(a), for the convenience of the parties and witnesses and in the interests of justice. Signed by Magistrate Judge P. Bradley Murray on 4/23/2020. (eec) (Entered: 04/23/2020) |

Case 2:20-cv-00564-AKK    Document 7    Filed 04/24/20    Page 2 of 2

| 04/23/2020 | Ï 6 | Order re: 5 Response to Order filed by Hope Marian Redinger. It is ORDERED that this action be TRANSFERRED to the Southern Division of the Northern District of Alabama, in accordance with 28 U.S.C. § 1404(a), for the convenience of the parties and witnesses and in the interests of justice. Signed by Magistrate Judge P. Bradley Murray on 4/23/2020. (eec) (Entered: 04/23/2020) |