# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **HOPE MARIAN REDINGER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | Civil Action Number |
| ) | **2:20-cv-00564-AKK** |
| **MAGIC CITY ORGANICS, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Counsel for Plaintiff having informed the court that the parties have resolved this matter, this case is **DISMISSED WITH PREJUDICE**. Each party to bear its or her costs. The clerk is **DIRECTED** to close the file.

**DONE** the 12th day of August, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE